IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 24, 2013.**

    The Joint Motion to Amend Scheduling Order [filed January 18, 2013; docket #31] is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows:

a. Deadline for patentee to disclose "initial claim chart." "Initial claim chart" means infringement contentions, including specifications of each claim of each patent in suit that is allegedly infringed, each instrumentality that allegedly infringes each asserted claim, and a claim chart detailing where each element of an asserted claim is found in each accused instrumentality: **February 15, 2013**.

b. Deadline for Parties to exchange disclosure of claim terms and issues of claim construction and positions on claim construction issues to be construed: **March 1, 2013**.

c. Deadline for alleged infringer's prior art statement, including but not limited to invalidity contentions: **March 22, 2013**.

d. Deadline for parties to exchange definitions of terms to be construed: **April 4, 2013**.

e. Deadline for filing of joint claim construction statement, including statements of the intended impact on the parties' proposed constructions on the merits of the case: **April 23, 2013**.

f. Deadline for filing of the Parties' simultaneous opening briefs regarding claim construction: **May 30, 2013**.

g. Deadline for filing of the Parties' simultaneous response briefs regarding claim construction: **June 20, 2013**.

h. Month of technology tutorial with District Judge and Magistrate Judge: **August 2013**.

    i.  Month of claim construction hearing: **August 2013**.

All other deadlines shall remain in effect.