IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 20, 2013.**

    Adobe Systems Incorporated's Unopposed Motion to Amend the Scheduling Order[1] [filed March 18, 2013; docket #40] is **granted**. For good cause shown, the Court will amend the Scheduling Order as follows:

a.     Deadline for alleged infringer's prior art statement, including but not limited to invalidity contentions: **March 29, 2013**.

b.     Deadline for parties to exchange definitions of terms to be construed: **June 6, 2013**.

c.     Deadline for filing of joint claim construction statement, including statements of the intended impact on the parties' proposed constructions on the merits of the case: **June 25, 2013**.

d.     Deadline for filing of the Parties' simultaneous opening briefs regarding claim construction: **August 1, 2013**.

e.     Deadline for filing of the Parties' simultaneous response briefs regarding claim construction: **August 22, 2013**.

f.     Month of technology tutorial with District Judge and Magistrate Judge: **October 2013**.

g.     Month of claim construction hearing: **October 2013**.

h.     Fact discovery cut-off: **December 20, 2013**.

All other deadlines shall remain in effect.

---

[1] Because the pending Motion is incomplete, the Court also considers the Incorporated Amended Unopposed Motion to Amend the Scheduling Order [docket #41] filed as supplement.