IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2013.**

    The Joint Motion to Amend the Scheduling Order [filed April 29, 2013; docket #45] is **denied without prejudice**.  Although the Court will enter all orders necessary to facilitate the just, speedy, an inexpensive resolution of this matter, the Court finds that a Status Conference is needed to determine the appropriate course of action at this juncture. Therefore, counsel for the parties shall appear before the Court for a Status Conference on **May 13, 2013**, at **10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    Please remember anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  *See* D.C. Colo. LCivR 83.2B.