IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

      Plaintiff,

v.

ADOBE SYSTEMS, INC.,

      Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2014.**

      The Joint Motion to Amend the Scheduling Order [filed November 4, 2014; docket #71] is **granted**.  The deadline to provide a Joint Disputed Claim Terms Chart shall be extended by one week to **November 12, 2014**.  (*See* docket #69, ¶ 8.h.) All other dates in the Supplemental Scheduling Order remain the same.