IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

         Plaintiff,

v.

ADOBE SYSTEMS, INC.,

         Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 18, 2014.**

        The Joint Motion to Revise the Supplemental Scheduling Order [filed November 17, 2014; docket #75] is **granted**.  For good cause shown, paragraph 8 of the Supplemental Scheduling Order [docket #69] in this case shall be modified as follows:

c.      Deadline to serve Response to Infringement Contentions and produce accompanying documents: November 26, 2014.

d.      Deadline to serve Invalidity Contentions and Claim Chart(s) and produce accompanying items of prior art: December 3, 2014.

e.      Deadline to serve Response to Invalidity Contentions and Claim Chart(s) and produce accompanying documents: January 23, 2015

j.      Deadline to file simultaneous opening Claim Construction briefs and all supporting evidence: January 9, 2015.

k.      Deadline to file simultaneous Responses to opening Claim Construction briefs and all supporting evidence: February 3, 2015.

l.      Deadline to file reply briefs in support of Claim Construction briefs not to exceed 10 pages: February 20, 2015.

p.      Fact Discovery Deadline: June 4, 2015.

All other aspects of the Supplemental Scheduling Order remain the same.