IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 29, 2014.**

    The Joint Motion Regarding Claim Construction Briefing Page Limits [filed December 19, 2014; docket #81] is **granted**.  The page limits for the parties' claim construction briefs are as follows:

Opening Briefs:    40 pages

Responsive Briefs:    30 pages

Reply Briefs:    10 pages