IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS INCORPORATED,

    Defendant.

---

## ORDER ON JOINT MOTION TO REVISE THE SUPPLEMENTAL SCHEDULING ORDER

---

The Joint Motion to Revise the Supplemental Scheduling Order [<u>filed January 8, 2015 docket #84</u>] is **granted**. For good cause shown, paragraph 8 of the Supplemental Scheduling Order in this case (docket #69), as modified by Order of this Court on November 11, 2014 (docket #77) shall be revised as follows:

| Description | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| 8.h  Deadline to file *Updated* Joint Disputed Claim Term Chart | November 12, 2014 (original deadline met) | **January 9, 2015 (for updated chart)** |
| 8.i  Proposed month of technology tutorial with District Judge and Magistrate Judge | Late February 2015 | **April 2015** |
| 8.j  Deadline to file simultaneous opening Claim Construction briefs and all supporting evidence | January 9, 2015 | **January 20, 2015** |
| 8.k  Deadline to file simultaneous Responses to opening Claim Construction briefs and all supporting evidence | February 3, 2015 | **February 13, 2015** |

| Description | Current Deadline | Proposed New Deadline |
|---|---|---|
| 8.l  Deadline to file simultaneous reply briefs in support of Claim Construction briefs not to exceed 10 pages | February 20, 2015 | **March 3, 2015** |
| 8.m  Proposed month for claim construction hearing and estimated time necessary for the hearing | Late February 2015 4 hours for each party | **April 2015** 4 hours for each party |
| 8.p  Fact Discovery Deadline | June 4, 2015 | **August 4, 2015** |

All other aspects of the Supplemental Scheduling Order remain the same.

Dated at Denver, Colorado this 9th day of January, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge