IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2015**.

    The Joint Motion to Revise the Supplemental Scheduling Order [filed January 23, 2015; docket #96] is **granted**. For good cause shown, the Revised Supplemental Scheduling Order [docket #89] shall be modified as follows:

8.e.    Deadline to serve Response to Invalidity Contentions and Claim Chart(s) and produce accompanying documents:    **February 6, 2015**.