IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS INCORPORATED,

    Defendant.

---

## ORDER ON [FOURTH] JOINT MOTION TO REVISE THE SUPPLEMENTAL SCHEDULING ORDER

---

The [Fourth] Joint Motion to Revise [and supplement] the Supplemental Scheduling Order [filed February 6, 2015; docket #100] is **granted**. For good cause shown, paragraph 8 of the Supplemental Scheduling Order in this case (docket #69), as modified by Order of this Court on November 11, 2014 (docket #77), January 9, 2015 (docket #89), and January 26, 2015 (docket #96) shall be revised and supplemented as follows:

| Description | Deadline |
|---|---|
| Deadline for Adobe to make prior art and contention elections | **February 13, 2015** |
| 8.e. Deadline [for EdiSync] to serve Response to Invalidity Contentions and Claim Chart[s] | **March 27, 2015** |
| 8.k Deadline to file simultaneous Responses to opening Claim Construction briefs and all supporting evidence | **February 20, 2015** |
| 8.l Deadline to file simultaneous reply briefs in support of Claim Construction briefs not to exceed 10 pages | **March 10, 2015** |

| Description | Deadline |
|---|---|
| Deadline to for EdiSync to supplement its infringement contentions | **April 3, 2015** |
| Deadline for Adobe to supplement its invalidity contentions | **May 15, 2015** |

All other aspects of the Supplemental Scheduling Order remain the same.

Dated at Denver, Colorado this 9th day of February, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge