IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS INCORPORATED,

    Defendant.

## ORDER ON [FIFTH] JOINT MOTION TO REVISE THE SUPPLEMENTAL SCHEDULING ORDER

The [Fifth] Joint Motion to Revise [and supplement] the Supplemental Scheduling Order [filed March 27, 2015; docket #111] is **granted**. For good cause shown, paragraph 8 of the Supplemental Scheduling Order in this case (docket #69), as modified by Order of this Court on November 11, 2014 (docket #77), January 9, 2015 (docket #89), January 26, 2015 (docket #96), and February 9, 2015 shall be revised and supplemented as follows:

| Description | Deadline |
| --- | --- |
| 8.e. Deadline for EdiSync to serve Response to Invalidity Contentions and Claim Chart[s] | **April 10, 2015** |
| Deadline to for EdiSync to supplement its infringement contentions | **April 24, 2015** |
| Deadline for Adobe to supplement its invalidity contentions | **June 5, 2015** |

All other aspects of the Supplemental Scheduling Order remain the same.

Dated at Denver, Colorado this 27th day of March, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge