IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02231-MSK-MEH

EDISYNC SYSTEMS, LLC,

    Plaintiff,

v.

ADOBE SYSTEMS INCORPORATED,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 22, 2016.**

    The [Eighth] Joint Motion to Revise [and supplement] the Supplemental Scheduling Order [filed January 20, 2016; docket #148] is **granted** as follows. For good cause shown, paragraph 8 of the Supplemental Scheduling Order in this case (docket #69), as modified by Order of this Court on November 11, 2014 (docket #77), January 9, 2015 (docket #89), January 26, 2015 (docket #96), February 10, 2015 (docket #102), March 27, 2015 (docket #113), July 9, 2015 (docket #120), and September 22, 2015 (#128), shall be revised and supplemented as follows:

| Description | Deadline |
| --- | --- |
| Deadline for EdiSync to reduce the number of asserted claims to eight | **45 days after the Court's ruling on claim construction** |

| Description | Deadline |
|---|---|
| Deadline for Adobe to make prior ant and contention elections<br>[Adobe will rely on: (a) no more than eight separate references that may be used against any claim limitation, not including references applied solely against the claims' "MPM" limitation (hereafter "MPM references"), wherein documents relating to "system" references collectively count as a single reference; (b) no more than seven additional MPM references, and these MPM references will not be used for any other claim limitation; and (c) no more than nine different combinations of the above references.] | **60 days after the Court's ruling on claim construction** |
| Expert Witness Disclosure:<br>The parties shall designate all affirmative experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2).  [The parties anticipate providing expert testimony in the fields of liability and damages. The parties are limited to three experts per side.] | **75 days after the Court's ruling on claim construction** |
| The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2). | **28 days after service of affirmative expert reports** |
| Expert Discovery Deadline | **21 days after service of rebuttal expert reports** |
| Dispositive Motions Deadline | **45 days after service of rebuttal expert reports** |

All other aspects of the Supplemental Scheduling Order remain the same.

2

Dated at Denver, Colorado this 22nd day of January, 2016.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge